UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| STEVE BATES, | * | CIVIL ACTION NO. |
|  | * |  |
| *Plaintiff* | * |  |
|  | * | JUDGE: |
| vs. | * |  |
|  | * |  |
| STATE FARM FIRE AND CASUALTY COMPANY, | * | MAGISTRATE: |
|  | * |  |
| *Defendant* | * |  |

## CERTIFICATION LETTER

Pursuant to Addendum to CMO No. 1 For Case Management of Lawsuits Filed by Former Clients of McClenny Moseley & Associates, dated June 21, 2023, the undersigned filing attorney certifies this Plaintiff is now represented by counsel that has been associated for the limited purpose of filing claims, because Plaintiff can no longer be represented by MMA.

Respectfully Submitted:
***BLAKE CORLEY LAW, LLC***
***Attorney for Plaintiff***

   */s/ Blake Corley*
**BLAKE CORLEY (#39848)**
**1 Galleria Blvd., Suite 1900**
**Metairie, LA 70003**
**Telephone: (504) 596-9111**
**Facsimile: (504) 553-1467**
**Email: LaCourtFilings@BlakeCorley.com**